01-15-00848-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

September 29, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/6/2015 2:02:43 PM

CHRISTOPHER A. PRINE
Clerk

HONORABLE JIM ANDERSON
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name: CHRISTOPHER JACK

Cause No: 1283618

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 09/18/15
**Sentence Imposed Date:** 09/18/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

13198

## WRIT NO. 12836180101A
## (Trial No. 128361801010)

EX PARTE                          §          183rd Judicial District Court

                                  §

CHRISTOPHER JACK                   §          HARRIS COUNTY, TEXAS


## ORDER GRANTING APPLICANT'S APPLICATION FOR WRIT OF
## HABEAS CORPUS UNDER ARTICLE 11.072
## FOR AN OUT-OF-TIME APPEAL

On this day, the court considered Applicant's Application for Writ of Habeas

Corpus under Article 11.072 of the Texas Code of Criminal Procedure, in which

Applicant requests that he be granted the right to proceed with an out-of-time appeal.

The writ is issued. The court finds that Applicant is entitled to the relief requested.

IT IS THEREFORE ORDERED that the application is granted to the extent that

Applicant is to be afforded an out-of-time appeal.


9/18/15
Date

JUDGE PRESIDING


1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging



Cause No. 1283618 [handwritten: 1283618010A, 2/999 2/999]

**THE STATE OF TEXAS**

IN THE 182nd DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

Christopher Jack, Defendant

HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk
SEP 18 2015
Time: _____
By _____
Harris County, Texas
Deputy

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case

- [✓] is not a plea-bargain case, and the defendant has the right of appeal [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

SEP 18 2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals TEX R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: 14020 Schroeder Rd. #168

Telephone number: 281-904-8061

Fax number (if any): _____

_____
Defendant's Counsel Michael Mowla by M. Drene Wilson with permission

State Bar of Texas ID number: 24049680

Mailing Address: P.O. Box 868 Cedar Hill, TX 75106

Telephone number: 972.795.2401

Fax number (if any): 972.692.6636

---

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only. (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal" TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

# APPEAL CARD

Court **183** **1117-15** Cause No. **1283618**

## The State of Texas
Vs

Jack, Christopher

**Date Notice Of Appeal:** 9-18-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Jim Anderson

**Court Reporter**_____

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** Robin Mitchell

**Attorney on Appeal** TBD

**Appointed**_____ **Hired**_____

**Offense** Agg Asslt Deadly weapon

**Jury Trial:** Yes ✓ No_____

**Punishment Assessed** 3 yrs TDC PROB 5 yrs

**Companion Cases (If Known)**_____

**Amount of** ~~Appeal~~ **Bond** 0

**Appellant Confined:** Yes_____ No ✓

**Date Submitted To Appeal Section** 9-24-15

**Deputy Clerk** A. Melendez



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

### CORRECTION LETTER - JUDGE NAME

October 2, 2015

HONORABLE VANESSA VELASQUEZ
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name: CHRISTOPHER JACK

Cause No: 1283618

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 09/18/15
**Sentence Imposed Date:** 09/18/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P O Box 4651   Houston, Texas 77210-4651